UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CVETKO OSTROZNIK,

Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

Case No. 18-10262

SENIOR UNITED STATES DISTRICT
JUDGE ARTHUR J. TARNOW

MAGISTRATE JUDGE ANTHONY P.
PATTI

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION [13]; GRANTING DEFENDANT'S MOTION TO DISMISS [9]**

Plaintiff Cvetko Ostroznik seeks judicial review of an Administrative Law Judge's denial of his application for Disability Insurance Benefits. On June 25, 2018, the Magistrate Judge issued a Report and Recommendation ("R&R") [13] recommending that the Court grant Defendant's Motion to Dismiss [9] for lack of subject matter jurisdiction. Neither party has filed an objection to the R&R.

The Court having reviewed the record, the R&R [13] is hereby **ADOPTED** and entered as the findings and conclusions of the Court.

Accordingly,

**IT IS ORDERED** that Defendant's Motion to Dismiss [9] is **GRANTED**.

**SO ORDERED**.

                                                s/Arthur J. Tarnow
                                                Arthur J. Tarnow
                                                United States District Judge

Dated: July 24, 2018